GEORGIA R. NEVOTTI, APPELLANT, v. JOSEPH R. NEVOTTI II, APPELLEE.

339 N.W.2d 928

Filed November 18, 1983. No. 82-629.

Alan H. Kirshen, for appellant.

No appearance for appellee.

KRIVOSHA, C.J., WHITE, and HASTINGS, JJ., and BRODKEY, J., Retired, and MURPHY, JOHN, D.J.

PER CURIAM.

Having reviewed the record de novo, as we are required to do, we find that the order and judgment of the District Court are correct and are affirmed.

AFFIRMED.